IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEVIN GOULD,<br><br>　　Plaintiff,<br><br>vs.<br><br>SGT. KYNETT and BROADWATER COUNTY SHERIFF OFFICE/CORONER,<br><br>　　Defendants. | CV 19-00031-M-KLD<br><br><br>ORDER |

This Court issued an Order on February 11, 2020 granting Defendants' Motion for Judgment on the Pleadings and giving Mr. Gould an opportunity to amend his claims. (Doc. 23.) The Court found that Mr. Gould had not presented sufficient factual allegations to establish *Monell* liability against the County or the Sheriff for failure to train or supervise Sgt. Kynett in 2018 but that Mr. Gould might be able to overcome this deficiency by presenting additional facts. Mr. Gould was given until March 6, 2020 to amend his Complaint to cure the deficiencies with regard to Broadwater County. He failed to do so.

ACCORDINGLY, IT IS HEREBY ORDERED THAT this matter is DISMISSED. The Clerk of Court shall close this matter, enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate

Procedure that any appeal of this decision would not be taken in good faith.

DATED this 27th day of March, 2020.

*/s/ Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge
